**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

|  |  |
|---|---|
| CAIO RIBEIRO BOAVENTURA, | Case No.  26-cv-04119-BLF |
| Plaintiff, | |
| v. | **ORDER REQUESTING PROOF OF SERVICE** |
| MARKWAYNE MULLIN, et al., | |
| Defendants. | |

On May 6, 2026, the Court ordered Plaintiff to serve the complaint, application for temporary restraining order, and order granting the application on Defendants such that they receive actual notice as soon as practicable, and no later than May 7, 2026, at 5:00 p.m.  ECF No. 10 at 5.  The Court furthered ordered Plaintiff to file proof of such service by no later than May 8, 2026, at 5:00 p.m.  *Id.*

No proof of service has been submitted.  The Court requests that Plaintiff file such proof of service by **May 12, 2026, at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated:  May 11, 2026

_____
BETH LABSON FREEMAN
United States District Judge