# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

CAIO RIBEIRO BOAVENTURA,

Plaintiff,

v.

MARKWAYNE MULLIN, et al.,

Defendants.

Case No.  26-cv-04119-BLF

**ORDER TO SHOW CAUSE RE: SANCTIONS**

On May 19, 2026, the Court held a hearing on Plaintiff's motion for a preliminary injunction.  ECF No. 15.  Although the hearing was clearly set on the docket, ECF No. 10, neither Marcelo Gondim nor Katherine Souza Pereira, counsel of record for Plaintiff, appeared. Accordingly, Mr. Gondim and Ms. Souza are ORDERED TO SHOW CAUSE, if any, in writing on or before May 29, 2026, why monetary sanctions in the amount of $500 should not be imposed for failing to appear as counsel of record for Plaintiff at the May 19, 2026, hearing on Plaintiff's motion for a preliminary injunction.  Counsel may request a hearing on this matter by advising the Court in the response to this order.  Absent a request for hearing, the matter will be submitted on May 29, 2026.

**IT IS SO ORDERED.**

Dated:  May 19, 2026

_____
BETH LABSON FREEMAN
United States District Judge