# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

CAIO RIBEIRO BOAVENTURA,

Plaintiff,

v.

MARKWAYNE MULLIN, et al.,

Defendants.

Case No.  26-cv-04119-BLF

**ORDER DISCHARGING ORDER TO SHOW CAUSE; AND DIRECTING PLAINTIFF TO FILE NOTICE OF DISMISSAL OR ADVISE WHEN DEFENDANTS' ANSWER IS DUE ON OR BEFORE MAY 27, 2026**

[Re: ECF No. 17]

On May 19, 2026, the Court ordered Plaintiff's Counsel to show cause why sanctions should not issue for failure to appear at the hearing on Plaintiff's motion for preliminary injunction.  ECF No. 17.  Counsel has submitted a response apologizing, acknowledging the seriousness of this matter, and explaining that their failure to appear was a good faith mistake. ECF No. 18.  Counsel further represents having adopted safeguards to avoid missing hearings in the future.  *Id.*

It is surprising that after invoking the Court's emergency power to issue an *ex parte* temporary restraining order—which cannot exceed 14 days under Rule 65(b)(2)—it did not occur to Counsel to confirm when the motion for preliminary injunction was set for hearing.  Indeed, it does not make sense for Counsel to fail to "appreciate that a hearing had been set" when a preliminary injunction hearing was among the relief requested by Plaintiff.  *See* ECF No. 3 at 4 (requesting that the Court "set the matter for a hearing on Plaintiff's Motion for Preliminary Injunction at the Court's earliest convenience").  Nonetheless, the Court is satisfied with Counsel's response and accordingly DISCHARGES the order to show cause.

United States District Court
Northern District of California

Separately, Counsel represents that Plaintiff intends to seek a voluntary dismissal of this action. ECF No. 18 at 3. Plaintiff SHALL file a notice of dismissal or advise the Court when the Government's answer is due on or before **May 27, 2026**.

**IT IS SO ORDERED.**

Dated: May 21, 2026

_____
BETH LABSON FREEMAN
United States District Judge