Marcelo Gondim, Esq. CA#: 271302
Gondim Law Corp.
1880 Century Park East, Suite 400
Los Angeles, CA 90067
Telephone: 323-282-7770
Email: court@gondim-law.com

Counsel for Plaintiff



# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAIO RIBEIRO BOAVENTURA,

  Plaintiff,

vs.

MARKWAYNE MULLIN, ET AL.

     Defendants

CASE #: **5:26-CV-04119-BLF**

**NOTICE OF VOLUNTARY DISMISSAL**

**WITHOUT PREJUDICE**

- 1

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to the Federal Rules of Civil Procedure Rule, 41(a)(1)(A)(i), Plaintiff, Caio Ribeiro Boaventura, through undersigned Counsel, hereby gives notice of voluntary dismissal without prejudice of the above-mentioned action.

Date: May 21, 2026

Respectfully submitted,

*/s/ Marcelo Gondim*

Marcelo Gondim (SBN 271302)
Gondim Law Corp.
1880 Century Park East, Suite 400
Los Angeles, CA 90067
Phone: (323) 282-7770
Email: court@gondim-law.com